IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TOUSSAINT L. MINETT, SR.,

    Plaintiff,

v.

Case No. 18-cv-743-bbc

OFC. BRADLEY OVERWACHTER,
MADISON CAPITOL POLICE DEPT., AND
WISCONSIN DEPARTMENT OF
ADMINISTRATION,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 01/15/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |